## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**VENITA A. LATTIMORE,**

      **Plaintiff,**

                                 **Case No. 1:23-cv-364**

      **v.**                                **JUDGE DOUGLAS R. COLE**

**KELLY A. BENNETT,** *et al.*,

      **Defendants.**

### ORDER

On August 7, 2023, this Court issued an Order (Doc. 6) directing Plaintiff to show cause, on or before August 21, 2023, as to why Defendant United States Secretary of the Department of Health and Human Services' (Secretary of HHS) Motion to Dismiss for Lack of Jurisdiction (Doc. 4) should not be treated as unopposed and granted for the reasons stated therein. The Court's Order further specifically advised Plaintiff that failure to respond may result in dismissal under Fed. R. Civ. P. 41(b). Plaintiff has not timely responded to the Order.

Accordingly, the Court **GRANTS** the Secretary of HHS's Motion to Dismiss (Doc. 4) and **DISMISSES** the Secretary of HHS as a party to this action **WITHOUT PREJUDICE** for lack of jurisdiction. Moreover, as the presence of the Secretary of HHS as a party was the sole basis supporting removal jurisdiction in this Court, the Court further **REMANDS** this action to the Hamilton County Court of Common Pleas. The Court **DIRECTS** the Clerk to **TERMINATE** the case from its docket.

**SO ORDERED.**

September 6, 2023
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**

2